DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ARTURO GARCIA-PARRA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-10-197 EJG |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING** |
| ) | **STATUS CONFERENCE** |
| v. ) | |
| ) | |
| ARTURO GARCIA-PARRA, ) | Date: August 27, 2010 |
| ) | Time: 100 a.m. |
| ) | Judge: Edward J. Garcia |
| Defendant. ) | |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Michael D. Anderson, Assistant United States Attorney, and Arturo Garcia-Parra, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for July 9, 2010, be vacated and a new status conference hearing date of August 27, 2010, at 10:00 a.m., be set.

This continuance is being requested because additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a fast track disposition.

/ / /

/ / /

1    IT IS FURTHER STIPULATED that the period from July 9, 2010,
2 through and including August 27, 2010, be excluded in computing the
3 time within which trial must commence under the Speedy Trial Act,
4 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for
5 continuity and preparation of counsel.

7 Dated: July 8, 2010

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Matthew C. Bockmon
                                    _____
                                    MATTHEW C. BOCKMON
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    ARTURO GARCIA-PARRA


15 Dated: July 8, 2010              BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ Matthew C. Bockmon for
                                    _____
                                    MICHAEL D. ANDERSON
                                    Assistant U.S. Attorney


**O R D E R**

22 IT IS SO ORDERED.
23 Dated: July 8, 2010

                                     /s/ Edward J. Garcia
                                    _____
                                    EDWARD J. GARCIA
                                    United States District Judge

Stip & Order                        2